# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SurgCenter of Gilbert LLC, | No. CV-15-01933-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| UnitedHealthcare of Arizona Incorporated, | |
| Defendant. | |

The Court having received the parties' Stipulation to Dismiss (Doc. 26),

**IT IS HEREBY ORDERED** dismissing this action in its entirety, with prejudice, each party to bear its own attorneys' fees and costs.

**IT IS FINALLY ORDERED** directing the Clerk of Court to terminate this action.

Dated this 6th day of May, 2016.

Honorable Diane J. Humetewa
United States District Judge